U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV 2 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WANDA M. BELLOW | : | DOCKET NO. 2:06 CV 920 |
| VS. | : | JUDGE MINALDI |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM ORDER

Presently before the court are the plaintiff's objections [doc. 18] to the Report and Recommendation issued by the Magistrate Judge, in which the Magistrate Judge affirmed the final decision of the Commissioner. This court has conducted an independent review of the record, performed a *de novo* determination of the issues, and considered the objections filed herein. Wanda Bellow ("Bellow"), the plaintiff, objects on several grounds, one of which is that the Magistrate did not review the entire record, because two medical reports on which the Administrative Law Judge ("ALJ") relied were absent in the administrative transcript.

Magistrates review social security cases to determine whether the Commissioner applied proper legal standards and whether the decision is supported by substantial evidence. *Stafford v. Commissioner of Social Security Administration*, WL 1831064 (E.D. Tex. 2003) *1. "To determine whether substantial evidence exists to support the ALJ's findings, the entire record must be scrutinized carefully." *Id.* Here, because the Magistrate did not have the entire record–namely, two medical reports dated in November and December by Dr. Sconcert and an unnamed physician–this court cannot determine whether the ALJ's findings were supported by substantial evidence;

1

accordingly,

IT IS ORDERED that the Plaintiff's Motion for Remand is hereby GRANTED, and the

Magistrate shall procure the complete record from the ALJ to supplement the September 14, 2007

Report and Recommendation.

Lake Charles, Louisiana, this ___19___ day of _____NOV_____, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

2