RECEIVED
IN LAKE CHARLES, LA

NOV 17 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WANDA M. BELLOW** | : | **CIVIL ACTION NO. 06-920** |
| VS. | : | JUDGE MINALDI |
| **COMMISSIONER OF SOCIAL SECURITY** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

IT IS ORDERED that the Commissioner's determination be AFFIRMED and that plaintiff's Complaint be DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this __16__ day of __November__ 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE